UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Petitioner,
v.
GLENN NELSON,
    Respondent.

**Judgment in a Civil Case**

Case Number: 5:16-HC-2280-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED AND ADJUDGED** that Glenn Nelson, the respondent, is committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

This Judgment Filed and Entered on June 21, 2017, with service on:
Roberto Ramirez (via CM/ECF Notice of Electronic Filing)
Norman Acker, III (via CM/ECF Notice of Electronic Filing)
Michael Bredenberg (via CM/ECF Notice of Electronic Filing)
Joseph H. Craven (via CM/ECF Notice of Electronic Filing)

June 21, 2017

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Lisa W. Re
Deputy Clerk